United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DICKENS COURT HOMEOWNERS ASSOCIATION, INC., § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03880 |
| § § | |
| ASPEN SPECIALTY INSURANCE COMPANY, § § § § | |
| Defendant. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON November 7, 2024 at 9:30 AM**

Appearances:    Joseph John Synoradzki
Charles Robert Rumbley
(Court Reporter: L. Smith)

The following rulings were made:

Pursuant to phone conference conducted this day, the Court directs counsel for the defendant to prepare an Order finding non-compliance with the Court's previous order for discovery [DE 24] in specific instances. A separate order for sanctions should also be provided outlining and request for attorney's fees and expenses.

The request for dismissal is Denied without prejudice.

It is so ORDERED.

SIGNED on November 7, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1