United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DICKENS COURT HOMEOWNERS ASSOCIATION, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03880 |
| ASPEN SPECIALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

It is ORDERED that the defendant, Aspen Special Insurance Company's motion for contempt in the above-entitled and numbered suit is hereby Granted (Dkt. No. 25). The sanctions, if any, is carried with the case.

It is so ORDERED.

SIGNED on December 30, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge